# Court of Appeals
# of the State of Georgia

ATLANTA,    July 20, 2012

*The Court of Appeals hereby passes the following order:*

## A12A2193.  AUDREY MALONE v. ORDHN CORP., et al.

Audrey Malone sued Ordhn Corp. and Efraim Lahav in magistrate court, which entered judgment in favor of the defendants.  Malone then appealed to the superior court, which dismissed her appeal as untimely.  Malone now appeals directly to this Court.  Because the superior court order at issue disposes of a de novo appeal from a magistrate court decision, Malone was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/20/2012
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*